Dismissed and Memorandum Opinion filed April 6, 2006









Dismissed and Memorandum Opinion filed April 6, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00057-CV

____________

 

GEORGE K. SHEFFIELD, Appellant

 

V.

 

JOHN GIBSON, Appellee

 



 

On Appeal from the
190th District Court

Harris County, Texas

Trial Court Cause
No.
02-26522

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 14, 2005.

On March 30, 2006, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.       

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 6, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.